# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. CHASTIN HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV18-00023-D |
| | ) | |
| 1. NE PROPERTY MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon.  Each party to bear their own fees and costs.

## RESPECTFULLY SUBMITTED THIS 23rd DAY OF JULY, 2018.

s/ Amber L. Hurst
Mark Hammons, OBA #3748
Amber L. Hurst OBA No. 21231
HAMMONS GOWENS HURST &
ASSOCIATES
325 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
amber@hammonslaw.com
*Attorneys for Plaintiff*

s/Kristin M. Simpsen
*(Signed by filing counsel with permission)*
Kristin M. Simpsen, OBA #22302
Paige H. Good, OBA #31595
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
kristin.simpsen@mcafeetaft.com
paige.good@mcafeetaft.com
*Attorneys for Defendant*